IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KURT THOMAS YOUNG,

       Plaintiff,

vs.                               Civ. No. 13-64 RB/SCY

STATE OF NEW MEXICO,
SECOND JUDICIAL DISTRICT COURT,
DEBRA RAMIREZ, ROBERT LEWIS, and
MARIA WARD,

       Defendants.

## ORDER AMENDING INITIAL SCHEDULING ORDER

This matter comes before the Court on a review of the record. The parties will cooperate in preparing a Joint Status Report and Provisional Discovery Plan ("JSR") which follows the sample JSR available at the Court's website.[1] The parties will fill in the proposed dates. Plaintiff, or Defendant in removed cases, is responsible for filing the JSR by **October 28, 2014**.

A copy of this order shall be mailed to Plaintiff at 1574 Wilderness Gate Santa Fe, NM 87505.

**IT IS SO ORDERED.**

                                          /s/ Steven C. Yarbrough
                                          STEVEN C. YARBROUGH
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Administrative Order No. 06-173, the JSR replaces and supersedes the Provisional Discovery Plan and the Initial Pretrial Report, effective January 2, 2007. Please visit the Court's website, www.nmcourt.fed.us to download the standardized *Joint Status Report and Provisional Discovery Plan* form